| | |
|---|---|
| 1  JAMES T. HANNINK (131747)<br>jhannink@sdlaw.com<br>2  ZACH P. DOSTART (255071)<br>zdostart@sdlaw.com<br>3  DOSTART HANNINK & COVENEY LLP<br>4180 La Jolla Village Drive, Suite 530<br>4  La Jolla, California 92037-1474<br>Tel: (858) 623-4200<br>5  Fax: (858) 623-4299<br>6  MICHAEL RUBIN (80618)<br>mrubin@altber.com<br>7  CONNIE K. CHAN (284230)<br>cchan@altber.com<br>8  ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>9  San Francisco, CA 94108<br>Tel: (415) 421-7151<br>10  Fax: (415) 362-8064<br>11  Attorneys for Plaintiffs<br>12  [Additional Counsel Listed on the Following Page] | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHANNON McBURNIE and APRIL SPRUELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCEPTANCE NOW, LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:21-cv-01429-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES IN AMENDED SCHEDULING ORDER**<br><br>Judge: Hon. James Donato<br>Ctrm: 11 (19th Floor) |

MATTHEW G. BALL (208881)
matthew.ball@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

AMY WONG (298847)
amy.wong@klgates.com
K&L GATES LLP
1 Park Plaza
Twelfth Floor
Irvine, California 92614
Tel: (949) 253-0900
Fax: (949) 253-0902

TOMIO B. NARITA (156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (195545)
Jeff.Topor@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Tel: (415) 433-1900
Fax: (415) 433-5530

Attorneys for Defendant
RAC Acceptance East, LLC, *erroneously sued as*
ACCEPTANCE NOW, LLC

Plaintiffs Shannon McBurnie and April Spruell ("Plaintiffs") and defendant RAC Acceptance East, LLC, erroneously sued as Acceptance Now, LLC ("RAC"), by and through their respective counsel, request that the deadlines in the Amended Scheduling Order entered on October 2, 2024, be continued for five months. In support of this request, the parties state as follows:

**A.     Current Scheduling Order**

The current scheduling order (Dkt. No. 134), entered three months ago, sets the following dates:

| Event | Deadline |
|---|---|
| Hearing on class certification | TBD as warranted |
| Last day to file dispositive and FRE 702 motions | March 7, 2025 |
| Pretrial conference | September 25, 2025, at 1:30 p.m. |
| Jury Trial | October 6, 2025, at 9:00 a.m. |

**B.     Procedural Status**

The parties believe there is good cause to modify the current schedule in view of the procedural status of the case, specifically, the need for resolution of several outstanding motions and requests that remain pending before the Court. In particular:

Plaintiffs' Motion for Class Certification has been fully briefed since January 2023 (Dkt. Nos. 97, 105, 114), but has not yet been decided. Although proceedings were stayed during RAC's appeal of the order denying its motion to compel arbitration, the Ninth Circuit's mandate issued on May 3, 2024 (Dkt. No. 126) and a petition for writ of certiorari was denied on October 7, 2024 (Dkt. No. 135).

Several discovery disputes have been pending since July 2022 but have not yet been fully briefed or decided. The parties filed six discovery dispute letters in June and July 2022, five by Plaintiffs (Dkt. Nos. 50-51, 54, 56, 62, 63) and one by RAC (Dkt. No. 64). Thereafter, at the Court's direction, counsel participated in two four-hour meet and confer conferences, which resolved some but not all of the disputes. See Dkt. Nos. 76, 82. In spite of that progress, there are still several disputes that will require resolution by the Court. *See* Dkt. Nos. 50-51, 56, 63, 64, 76, 82.

1

In summary, the parties submit that the current scheduling order should be modified to enable the parties to have the benefit of the Court's rulings on the pending class certification motion and pending discovery disputes well in advance of the deadline to file summary judgment and FRE 702 motions.

**STIPULATION**

NOW, THEREFORE, through their respective counsel, subject to Court approval, the parties stipulate and agree that the deadlines and dates in the Amended Scheduling Order should be modified as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Hearing on class certification | TBD as warranted | TBD as warranted |
| Last day to file dispositive and FRE 702 motions | March 7, 2025 | August 11, 2025 |
| Pretrial conference | September 25, 2025, at 1:30 p.m. | February 26, 2026, at 1:30 p.m. |
| Jury Trial | October 6, 2025, at 9:00 a.m. | March 9, 2026, at 9:00 a.m. |

If the Court modifies the Scheduling Order, the parties will propose a briefing schedule and hearing date for any dispositive motions and *Daubert* motions.

IT IS SO STIPULATED.

DATED: January 3, 2025                DOSTART HANNINK LLP


/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs


DATED: January 3, 2025                K&L GATES LLP


/s/ Matthew G. Ball
MATTHEW G. BALL
Attorneys for Defendant

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from Matthew G. Ball, counsel for defendant RAC Acceptance East, LLC.

DATED: January 3, 2025   DOSTART HANNINK LLP

/s/ Zach P. Dostart
ZACH P. DOSTART
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON McBURNIE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCEPTANCE NOW, LLC,<br><br>Defendant. | Case No. 3:21-cv-01429-JD<br><br>**[PROPOSED] AMENDED SCHEDULING ORDER** |

The Court sets the following amended case management deadlines pursuant to Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

| Event | Deadline |
|---|---|
| Hearing on class certification | TBD as warranted |
| Last day to file dispositive and FRE 702 motions | August 11, 2025 |
| Pretrial conference | February 26, 2026, at 1:30 p.m. |
| Jury Trial | March 9, 2026, at 9:00 a.m. |

All dates set by the Court should be regarded as firm. Counsel may not modify these dates by stipulation without leave of court. Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel, or party-controlled expert or witness will not be considered good cause for a continuance. Sanctions may issue for a failure to follow a scheduling or other pretrial order. *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:

_____
HON. JAMES DONATO
United States District Judge

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF SAN DIEGO** |
| 3 | At the time of service, I was over 18 years of age and **not a party to this action**. I am |
| 4 | employed in the County of San Diego, State of California. My business address is 4225 Executive |
| 5 | Square, Suite 600, La Jolla, CA 92037-1484. |
| 6 | On January 3, 2025, I served a true copy of the following document described as |
| 7 | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINES IN AMENDED SCHEDULING ORDER** |
| 8 | |
| 9 | on the interested parties in this action as follows: |

Matthew G. Ball
matthew.ball@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8200
Fax: (415) 882-8220

Amy Wong
amy.wong@klgates.com
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Tel: (949) 253-0900
Fax: (949) 253-0902

*Counsel for Defendant*

Tomio B. Narita
Tomio.Narita@wbd-us.com
Jeffrey A. Topor
Jeff.Topor@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
Tel: (415) 433-1900
Fax: (415) 433-5530

*Counsel for Defendant*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on January 3, 2025, at San Diego, California.

*Catherine Klobucar*
Catherine S. Klobucar